v. FEDERAL INTERFERENCE REGULATORY COMMISSION, et al. In this way, the petitioners will submit their official message to Respondent Clerk, Mr.
judges: Srinivasan, Millett, Sentelle